IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI,
EASTERN DIVISION

**MARK WALLACE MANN and**                                                     **PLAINTIFFS**
**DANA SUZANNE MANN**

**V.**                                             **CIVIL ACTION NO.: 1:08CV86-SA-JAD**

**NATIONWIDE MUTUAL FIRE &**
**CASUALTY INS. CO., and SHARON B. WALLACE,**
**Agent for Nationwide Mutual Fire & Casualty**                    **DEFENDANTS**

## ORDER DISMISSING
## DEFENDANT SHARON B. WALLACE

Defendants filed a Motion to Dismiss [7] in this case on April 23, 2008. Plaintiffs requested and were granted an extension of time until May 30, 2008, to file their response to said motion. Plaintiffs failed to respond to this motion. Under Uniform Local Rule 7.2 (C)(2) for the Northern and Southern Districts of Mississippi, "[i]f a party fails to respond to any motion . . . within the time allotted, the court may grant the motion as unopposed."

On February 9, 2009, Plaintiffs in this action were ordered to show cause as to why claims against Defendant Sharon Wallace should not be dismissed. Plaintiffs were given a deadline to reply of February 20, 2009. The Court specifically stated, "If no response is received by that date, the Court will dismiss claims against Defendant Sharon Wallace without prejudice." Plaintiffs have failed to respond to the Court's Order. Thus, Defendants' Motion to Dismiss Defendant Sharon B. Wallace is GRANTED.

SO ORDERED, this the 4th day of March, 2009.

                                                             **/s/ Sharion Aycock**
                                                             **U.S. DISTRICT JUDGE**