# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI,
# EASTERN DIVISION

**MARK WALLACE MANN and**                                                              **PLAINTIFFS**
**DANA SUZANNE MANN**

**V.**                                            **CIVIL ACTION NO.: 1:08CV86-SA-JAD**

**NATIONWIDE MUTUAL FIRE &**
**CASUALTY INS. CO.**                                                             **DEFENDANTS**

## ORDER GRANTING SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby **ORDERED** that:

(1)    Defendant's Motion for Summary Judgment [25] is **GRANTED**.

**SO ORDERED**, this the 28th day of April, 2009.

                                                                                 **/s/ Sharion Aycock**
                                                                                 **U.S. DISTRICT JUDGE**